UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-31200 |
|---|---|
| ANTHONY W. SCHRENK | (Chapter 13) |
| KATHLEEN SCHRENK | |
| Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3976189**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 38 | META BANK<br>BOX 89210<br>SIOUX FALLS, SD  57109 | 85.84 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/28/2009

Certificate of Service  06-31200

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

ANTHONY W. SCHRENK
KATHLEEN SCHRENK
5608 ZOAR ROAD #267
MORROW, OH  45152

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH  45036

(57.1n)
ECMC
7325 BEAUFONT SPRINGS
SUITE 200
RICHMOND, VA  23225

(38.1)
META BANK
BOX 89210
SIOUX FALLS, SD  57109

Jeffrey M. Kellner BY       ___/s/ Jeffrey M. Kellner_____       cs